# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146073

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

KYLE GARRET McNAMARA,
      Defendant-Appellant.

SC: 146073
COA: 305690
Kalkaska CC: 10-003292-FH
10-003294-FH

_____/

      By order of April 29, 2013, the application for leave to appeal the September 11, 2012 judgment of the Court of Appeals was held in abeyance pending the decision in *People v Earl* (Docket No. 145677). On order of the Court, the case having been decided on March 26, 2014, 495 Mich 33 (2014), the application is again considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2014

d0519



Clerk